AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Corey Sean Edwards, | ) | Case No. 11-8255-JMH |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

FILED by __JM__ D.C.
JUL - 7 2011
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __July 4, 2011__ in the county of __Palm Beach__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1029(a)(3) | Corey Sean EDWARDS did knowingly and with intent to defraud possess fifteen (15) or more devices which are counterfeit or unauthorized access devices. |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Special Agent Gregory Thompson, USSS
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 07/07/2011

_____
*Judge's signature*

City and state: West Palm Beach, Florida

U.S. Magistrate Judge James M. Hopkins
*Printed name and title*

## AFFIDAVIT

I, Gregory L. Thompson, Jr., being duly sworn, depose and say:

1. I am a Special Agent with the United States Secret Service (USSS), and I have been so employed since July of 2006. Prior to working for the USSS, I was a Customs & Border Protection Officer in the Southern District of Florida for three years. As a USSS Special Agent, I am responsible for the investigation of violations of United States law, including violations of Title 18 of the United States Code. I have received extensive training in the investigation of counterfeit currency, check fraud, bank fraud, access device fraud, and identity theft, among other things.

2. The information in this affidavit is based on my personal knowledge and information obtained from other law enforcement personnel. The information set forth in this affidavit is provided solely for the purpose of establishing probable cause in support of a criminal complaint. Because this affidavit is submitted for the limited purpose of establishing probable cause, it does not include all facts known to law enforcement.

3. On July 4, 2011, Corey Sean EDWARDS presented three (3) counterfeit Master Card credit cards to purchase four (4) $300.00 gift cards from the Target Store located at 5900 Lake Worth, Road, Greenacres, Florida. The credit cards were determined to be counterfeit because the numbers embossed on the front of the cards did not match the numbers encoded on the magnetic strip on the back of the cards. The total value of the purchase made by EDWARDS using the counterfeit credit cards was $1,200.00. Upon completing the fraudulent transaction, EDWARDS attempted to exit the front of the store, where he was greeted by Officers from the Greenacres Police Department. EDWARDS was arrested by officers of

the Greenacres Police Department prior to leaving the store. A records check on the vehicle EDWARDS's drove to the store revealed that the vehicle was stolen. During an inventory search of this vehicle, police found an additional thirteen (33) counterfeit Master Card, Discover, and VISA credit cards. As with the cards found on Edward's person, the cards found in the vehicle were determined to be counterfeit because the numbers embossed on the front of the cards did not match the numbers encoded on the magnetic strip on the back of the cards. Thirty Four (34) of the counterfeit credit cards recovered bore the Defendant's name "Corey S. EDWARDS" and two (2) of the counterfeit cards bore a name with the initials "R.J.". A legitimate Bank Of America Debit card in the Defendant's name 'Corey EDWARDS" was also recovered. In addition to the cards, a total of ten (10) $300.00 gift cards purchased from other Target establishments totaling $3,000.00 were found.

4. After the arrest, EDWARDS was not cooperative and no interview questions regarding the investigation were attempted at this time.

5. Further investigation revealed that on July 4, 2011, prior to proceeding to the Greenacres Target, EDWARDS conducted ten (10) additional fraudulent transactions wherein he purchased eleven (11) $300.00 gift cards totaling $3,300.00 at the Target Store located at 650 N. Congress Avenue, Boynton Beach, Florida. The additional transactions brings the fraud loss to date to a minimum of $4,500.00 in the Southern District of Florida.

6. Based upon the foregoing, I believe there is probable cause to believe that Corey Sean EDWARDS did knowingly and with intent to defraud possess fifteen (15) or more devices which are counterfeit or unauthorized access devices, in violation of Title 18, United States Code, Section 1029 (a) (3).

FURTHER YOUR AFFIANT SAYETH NAUGHT.

_____
GREGORY L. THOMPSON, JR.,
SPECIAL AGENT
UNITED STATES SECRET SERVICE


Sworn and subscribed before me this 7th day of July, 2011.

_____
HONORABLE JAMES M. HOPKINS
UNITED STATES MAGISTRATE JUDGE

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: 11-8255-JMH

### BOND RECOMMENDATION

DEFENDANT: COREY SEAN EDWARDS

Pre-Trial Detention
(Personal Surety) (Corporate Surety) (Cash) (Pre-Trial Detention)

By: *[signature]*
AUSA:   Stephanie D. Evans

Last Known Address: _____

_____

_____

What Facility:   Palm Beach County Jail

West Palm Beach, FL

Agent(s):   USSS S/A Gregory Thompson
(FBI)   (SECRET SERVICE)   (DEA)   (IRS)   (ICE)   (**OTHER**)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-8255-JMH

UNITED STATES OF AMERICA

vs.

COREY SEAN EDWARDS,

Defendant.
_____/

CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to October 14, 2003? _____ Yes  _X_ No

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to September 1, 2007? _____ Yes  _X_ No

Respectfully submitted,

WIFREDO FERRER
UNITED STATES ATTORNEY

BY: *Stephanie Evans*
STEPHANIE D. EVANS
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 255180
500 S. Australian Avenue, Suite 400
West Palm Beach, Florida  33401
Tel (561) 820-8711
Fax (561) 802-1787